IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-23614-JLK

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

      Plaintiffs,

vs.

DIMERCO EXPRESS (U.S.A.)
CORPORATION and EXCEL CARGO
SERVICES, INC., d/b/a CARIBEX
WORLDWIDE, INC.,

      Defendants.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Melvino Technologies Limited and ArrivalStar S.A., by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss, **with prejudice,** all claims against Defendant, Excel Cargo Services, Inc., d/b/a Caribex Worldwide, Inc., with each party to bear its own costs, expenses and attorneys' fees in connection with this action.

Dated:  November 21, 2011.

      Respectfully submitted,

      /s/ William R. McMahon
      William R. McMahon, Esquire
      Florida Bar Number: 39044
      McMahon Law Firm, LLC
      P.O. Box 880567
      Boca Raton, Florida 33488
      Email: bill@mlfllc.com
      Tel: 561-487-7135
      Fax: 561-807-5900
      **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 21, 2011, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ William R. McMahon

## SERVICE LIST

Jeremy T. Elman
McDermott Will & Emery LLP
201 S. Biscayne Boulevard
Suite 2200
Miami, FL 33131-4336
Tel: 305-358-3500
Fax: 305-347-6500
Email: jelman@mwe.com
**Counsel for Defendant Excel Cargo Services, Inc.**
Service via CM/ECF