**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**Case No. 1:11-cv-23614-JLK**

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

DIMERCO EXPRESS (U.S.A.)
CORPORATION and EXCEL
CARGO SERVICES, INC.,

        Defendants.

_____/

**NOTICE OF AGREEMENT ON SETTLEMENT**

      Plaintiffs ArrivalStar S.A. and Melvino Technologies (collectively "Plaintiffs"),

and Defendant Dimerco Express (U.S.A.) Corporation ("Dimerco"), hereby provide

notice that the parties have agreed in principle on a settlement of all matters in dispute

between them.  The parties expect to have the agreement finalized shortly, and anticipate

filing the necessary paperwork to dismiss this case soon.

Dated: February 29, 2012.          Respectfully submitted,


                                /s/ William R. McMahon
                                William R. McMahon, Esquire
                                Florida Bar Number: 39044
                                McMahon Law Firm, LLC
                                11435 West Palmetto Park Road
                                Suite E
                                Boca Raton, Florida 33428
                                Telephone: 561-218-4300
                                Facsimile: 561-807-5900
                                E-Mail: bill@mlfllc.com
                                **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 29, 2012, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ William R. McMahon

## SERVICE LIST

Jacob D. Koering
Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606-6683
Tel: 312-360-6703
Fax: 312-3606996
Email: jkoering@freebornpeters.com
Service via Email
**Counsel for Defendant Dimerco**

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 10, 2011, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ William R. McMahon

## SERVICE LIST

Silvia Perez-King
Perez King, P.A.
1825 Ponce de Leon, # 289
Coral Gables, Florida 33134
Tel: 786-361-8620
Fax: 305-459-3936
Email: sking@perezkingpa.com
**Attorney for Defendant Intermec Technologies Corporation**
Service via CM/ECF


Carson P. Veach
Jacob D. Koering
Freeborn & Peters, LLP
311 South Wacker Drive
Suite 3000
Chicago, IL 60606
Tel: 312-360-6000
Email: cveach@freebornpeters.com
Email: jkoering@freebornpeters.com
**Attorneys for Defendant Intermec Technologies Corporation**
Service via CM/ECF