UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23614-CIV-KING

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiff,

v.

DIMERCO EXPRESS (U.S.A.)
CORPORATION and EXCEL CARGO
SERVICES, INC., d/b/a CARIBEX
WORLDWIDE, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE came on for consideration upon the parties' Notice of Agreement of Settlement (D.E. #19) filed February 29, 2012, advising the Court that the above-styled case had settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED. This Court shall retain jurisdiction to enforce the terms of the settlement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

2

Building and United States Courthouse, Miami, Florida, this 1st day of March, 2012.

                                                                 */s/ James Lawrence King*
                                                         JAMES LAWRENCE KING
                                                       UNITED STATES DISTRICT JUDGE

cc:    ***Counsel for Plaintiffs:***
       William R. McMahon, Esq.
       McMahon Law Firm, LLC
       11435 West Palmetto Park Road
       Suite E
       Boca Raton, FL 33428

       ***Counsel for Defendant Dimerco Express (U.S.A.).:***
       Jacob D. Koering, Esq.
       Freeborn & Peters, LLP
       311 South Wacker Drive
       Suite 3000
       Chicago, IL 60606-6683